**Samuel James JACKSON, Appellant**

v.

**UNITED STATES of America,
et al., Appellees**

**No. 15-5196
September Term, 2016**

United States Court of Appeals,
District of Columbia Circuit.

Filed On: March 17, 2017

Samuel James Jackson, Pro Se

R. Craig Lawrence, U.S. Attorney's Office, (USA) Civil Division, Washington, DC, for Respondents-Appellees United States of America, Federal Communications Commission

BEFORE: Rogers and Millett, Circuit Judges, and Ginsburg, Senior Circuit Judge

## JUDGMENT

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed June 22, 2015, dismissing appellant's "Petition for Issuance of the Great Writ of Habeas Corpus and All Writs," be affirmed. The petition provided no notice of a claim for the declaratory and injunctive relief sought. See Fed. R. Civ. P. 8(a) (requiring "a short and plain statement of the claim showing that the pleader is entitled to relief").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.